IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 14  P 1: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CR No. 2:06cv79-MHT |
| ADRIAN MOULTRY, | * |
| Defendant, | |

## RESPONSE TO SHOW CAUSE ORDER

Comes now Susan G. James, former counsel for Adrian Demond Moultry and files this her response to the courts show cause order regarding Moultry's ineffective assistance claim contained within his 28 U.S.C. §2255 and in compliance with this court's order of February 1, 2006.

The affidavit is attached as Exhibit 1.

Respectfully submitted this 14th day of February 2006.

_____
Susan G. James

Address of Counsel:
Law Offices of
Susan G. James & Associates
600 S. McDonough St.
Montgomery, AL 36104
(334) 269-3330

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon Louis Franklin, AUSA, P.O. Box 197, Montgomery, AL 36101 this 14th day of February 2006.

the above instrument was served via:

( ) personal service
(✓) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

_____
of Counsel