**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | **CASE NO. 06cv79-MHT** |
| | ) | **(Cr. No. 03-267)** |
| **ADRIAN MOULTRY,** | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |

## MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S MOTION TO VACATE, CORRECT, OR SET ASIDE SENTENCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, requesting an extension of 30 (thirty) days in which to respond to Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255, and in support of its request, states as follows:

1. Petitioner's claims require reference to the transcripts of his sentencing hearings. This Office has ordered the sentencing transcript, but the court reporter's workload has not permitted him to estimate when the transcript will be available to this Office.

2. So that the United States may fully respond to each claim raised by Petitioner and comply with this Court's Order directing that all relevant transcripts be submitted with its response, an extension of 30 (thirty) days after the original due date of March 3, 2006 is requested. The new due date for a response from the United States would be April 3, 2006.

Respectfully submitted this 23rd day of February, 2006.

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
christopher.snyder@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | **CASE NO. 06cv79-MHT** |
| | ) | **(Cr. No. 03-267)** |
| **ADRIAN MOULTRY,** | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and have mailed by United States Postal Service the document to the following non-CM/ECF participant: Adrian Moultry, #11383-002, F.C.I. Marianna, Federal Correctional Institution, P.O. Box 7007, Marianna, FL 32447.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
christopher.snyder@usdoj.gov