IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv79-MHT |
| ) | |
| ADRIAN MOULTRY ) | |

**ORDER ON MOTION**

Upon consideration of the *motion for extension of time* filed by the United States on June 2, 2005 (Doc. # 4), and for good cause, it is

**ORDERED** that this motion be and is hereby GRANTED. It is further

**ORDERED** that the United States be GRANTED an extension from March 3, 2006, to and including April 3, 2006, to file a response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on February 1, 2006.

Done this 24th day of February, 2006.


/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE