IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv79-MHT |
| | ) | |
| ADRIAN MOULTRY | ) | |

**O R D E R**

Upon review of the file in this case, and in light of the clerical error contained in this court's order of February 24, 2006 (Doc. # 5), stating that the government's *motion for extension of time* (Doc. # 4) was filed on June 2, 2005, it is

**ORDERED** that the order entered on February 24, 2006 (Doc. # 5), be and is hereby CORRECTED to reflect that the government's *motion for extension of time* was filed on February 23, 2006.

Done this 24th day of February, 2006.


/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE