**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 8, 2006

## NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   United States of America vs. Adrian Moultry

Case Number:   2:06cv0079-MHT

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 3   filed on   Feb. 14, 2006.**