IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv79-MHT |
| ) | |
| ADRIAN MOULTRY ) | |

**ORDER ON MOTION**

On May 7, 2007 (Doc. No. 11), movant Adrian Moultry filed a pleading styled "Notice to Court," which the court construes to contain (a) a *motion to expedite* and (b) a *motion for a hearing*. Upon consideration of this pleading, and for good cause, it is ORDERED that

1. The *motion to expedite* be and is hereby DENIED.

2. The *motion for a hearing* be and is hereby DENIED. The motion for a hearing may be reconsidered if warranted by further developments in this case.

Done this 8th day of May, 2007.

　　　　　　　　　　　　　　　　　　/s/Terry F. Moorer
　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE