IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civil Action No. 2:06-cv-79-MHT |
| | ) | |
| ADRIAN MOULTRY. | ) | |

**ORDER**

The Clerk is **DIRECTED** to send a copy of the docket sheet from his original criminal case to Defendant Adrian Moultry.[1]

Defendant Adrian Moultry is instructed to file all future pleadings in this civil case with the title and style as listed above. He should <u>not</u> file his pleadings in his criminal case.

DONE this 31st day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Moultry filed a "Motion to Attain Docket Sheet" in his original criminal case 2:03-cr-267. The Court is granting that request in this 2255 civil case.