In The District Court of The United States
For The Middle District Of Alabama
Northern Division

Adrian Moultry, Pro Se,
Petitioner,

Case No. 2:06-cv-79 MHT

V.

United States Of America,
Respondent,

## Motion To Attain Docket Sheet

Comes now, Petitioner Adrian Moultry, herein, prose, with this motion to attain Civil Case 2:06-cv-79 MHT Docket Sheet. On January 30, 2006 this Honorable Court granted petitioner forms pauperis. Petitioner still remains a pauper and cannot bear the cost of said Docket Sheet.

Dated this day,
10-24-07

Respectfully Submitted,
Adrian Moultry
Reg No. 11383-002
F.C.I Marianna
P.O. Box 7007
Marianna, Fla 32447

Name: Adrian Maultry
Reg. No.: 11383-002
Quarters: Mohawk B
Federal Correctional Institution
P.O. Box 7007
Marianna, FL 32447-7007

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711