IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civil Action No. 2:06cv79-MHT |
| | ) | |
| ADRIAN MOULTRY | ) | |

**ORDER ON MOTION**

It is ORDERED that the Motion to Attain Docket Sheet (Doc. No. 14) is GRANTED. The Clerk is DIRECTED to send a copy of the docket sheet in the instant civil case to movant Adrian Moultry.

Done this 15th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE