## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**　　　　　　　　　　　　　　　　　　　　　　　　　　　**TELEPHONE**
　　CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(334) 954-3610

**December 17, 2007**

Mr. Thomas K. Kahn, Clerk　　　　　　　　　　　USDC No. CV-06-T-00079-N
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW　　　　　　　　　　　　　USCA No._____
Atlanta, GA   30303

IN RE: UNITED STATES OF AMERICA V. ADRIAN MOULTRY

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
 X  Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from  enclosed. If Opinion/Order was oral, please check box. [  ]
 X  First Notice of Appeal: X Yes, ___ No    Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
 X  No　　　　　　　　Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___ IFP  X ; and/or APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA;  ___Yes;  ___No;  Copy of Order Enclosed:
 X  The Appellate docket fee has been paid;__Yes,  X  No:_____Date , Receipt#_____
___Appellant has been  ___GRANTED; ___DENIED IFP, Copy of Oder enclosed.
___Appellant has been  ___GRANTED; ___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
 X  The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
　　　　　　　　___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
　　　　　　　　___SEALED ITEMS, ie.  __PSI(s)____; OTHER____; TAPE(s)_____
　　　　　　　　___ Exhibits:___Envelope
　　　　　　　　___Volume (s) of Original Papers

　　　　　　　　　　Sincerely,

　　　　　　　　　　DEBRA P. HACKETT, CLERK

　　　　　　　　　　By:    Donna M. Norfleet
　　　　　　　　　　　　　 Deputy Clerk