IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ADRIAN MOULTRY,                 )
                                )
    Petitioner,                 )
                                )       CIVIL ACTION NO.
    v.                          )        2:06cv79-MHT
                                )
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )

ORDER

After a de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 41), to which no objection has been filed, is adopted.

(2) Petitioner's motions from relief from judgment (doc. no. 28) is denied for failure to obtain the required permission from the Eleventh Circuit Court of Appeals.

**This case remains closed.**

**DONE, this the 20th day of November, 2013.**

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**